# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA ANTONIA BERTRAND,
Appellant,
vs.
MARIO HERRERA RODRIGUEZ,
Respondent.

No. 82586

FILED

MAR 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on March 5, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Stacy Michelle Rocheleau, District Judge, Family Court Division
Maria Antonia Bertrand
Mario Herrera Rodriguez
Eighth District Court Clerk

21-08090